### P. VOGLE, JR., v. W. E. KENDALL ET AL.

(No. 59, Tex. L. J., vol. 1, p. 183.)

APPEAL from Fort Bend County. Opinion by WINKLER, J.

§ 668. *Notice of appeal essential to jurisdiction.* Without notice of appeal was given and entered of record in the court below, this court has no jurisdiction of the cause, and on this account this appeal must be dismissed. [Forrest v. Rawlings, 40 Tex. 502.]

January 16, 1878.                    Dismissed.